UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| C&S PROPERTIES – C, LLC, | CIVIL ACTION |
| VERSUS | NO. 24-458 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN. | SECTION "R" (2) |

## ORDER AND REASONS

Before the Court is a joint motion for dismissal with prejudice.[1] This Court's July 30, 2025 Order of Dismissal dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2] Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice, the Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 28th day of October, 2025.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 31.
[2] R. Doc. 30.

1